**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DANIEL LOCKHART TURNER,<br><br>Plaintiff,<br><br>v.<br><br>CASEY BROWN TRUCKING, LLC, JOHN DOE MOTOR CARRIERS 1-3, NATIONAL CASUALTY COMPANY, JOHN DOE INSURANCE COMPANIES 1-2, and DARRIN BOBO,<br><br>Defendants. | CIVIL ACTION FILE<br>NO.: 1:16-CV-00364 |

**DEFENDANTS CASEY BROWN TRUCKING, LLC, NATIONAL CASUALTY COMPANY, AND DARRIN BOBO'S FIRST SUPPLEMENTAL INITIAL DISCLOSURES**

**COME NOW** defendants Casey Brown Trucking, LLC ("CBT"), National Casualty Company ("NCC"), and Darrin Bobo ("Bobo") (hereinafter referred to collectively as "Defendants"), and supplement their initial disclosures, respectfully showing this Court as follows:

(5) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to

support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list as Attachment A.)

**RESPONSE:** **See Attachment A.**

**FIRST SUPPLEMENT:** **Defendants refer to the witness list set forth in "*First Supplement* – Attachment A," enclosed.**

(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports as Attachment B.)

**RESPONSE:** **See Attachment B.**

**FIRST SUPPLEMENT:** **Defendants refer to the witness list set forth in "*First Supplement* – Attachment B," which identifies the persons who they may use at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence.**

This 31st day of May, 2017.

**FREEMAN MATHIS & GARY, LLP**

/s/ Marc H. Bardack

MARC H. BARDACK
Georgia Bar No. 037126
mbardack@fmglaw.com
PARKER M. GREEN
Georgia Bar No. 130593
pgreen@fmglaw.com

*Attorneys for Defendants Casey Brown Trucking, LLC, National Casualty Company, and Darrin Bobo*

100 Galleria Parkway, Ste. 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)


**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing ***Defendants Casey Brown Trucking, LLC, National Casualty Company, and Darrin Bobo's First Supplemental Initial Disclosures*** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is as follows:

**Keenan R.S. Nix, Esq.**
**Christopher J. Graddock, Esq.**
**MORGAN & MORGAN ATLANTA, PLLC**
**Post Office Box 57007**
**Atlanta, Georgia 30343-1007**
***Attorneys for Plaintiff***

[*signature to follow*]


This 31st day of May, 2017.

/s/ Marc H. Bardack

MARC H. BARDACK
Georgia Bar No. 037126
PARKER M. GREEN
Georgia Bar No. 130593

*Attorneys for Defendants Casey Brown Trucking, LLC, National Casualty Company, and Darrin Bobo*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Ste. 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

***FIRST SUPPLEMENT***

**ATTACHMENT "A"**

1. Trooper William Hunt, Georgia State Patrol, Troop H (Post 13), Tifton, Georgia, (229) 386-3333.

2. Sgt. B. Gay, Georgia State Patrol, Troop H (Post 13), Tifton, Georgia, (229) 386-3333.

3. Plaintiff Daniel Lockhart Turner.

4. Defendant Darrin Bobo, 1871 State Route 1022E, Bardwell, Kentucky 42023.

5. Defendant Casey Ray Brown, 232 County Road 1050, Cunningham, Kentucky 42035.

6. William Bobo, 1871 State Route 1022E, Bardwell, Kentucky 42023.

7. Stephens Wrecker Services, 1542 U.S. Route 82, Tifton, Georgia 31794, (229) 382-0795.

8. Representatives of Plaintiff Daniel Turner's automobile insurer, USAA Insurance.

9. Representatives of Plaintiff Daniel Turner's unknown health insurance provider.

10. The unknown members of Plaintiff Daniel Turner's immediate family.

11. Employers of Plaintiff Daniel Turner.

12. Medical providers of Plaintiff Daniel Turner.

13. MST1 Clifton Hendry, U.S. Coast Guard, Savannah, Georgia.

14. MSTC Clayton Rennie, U.S. Coast Guard, Savannah, Georgia.

15. MST2 Kyle Bertochhi, U.S. Coast Guard, Savannah, Georgia.

16. MST3 Matthew Seel, U.S. Coast Guard, Savannah, Georgia.

17. MST3 Dave Britt, U.S. Coast Guard, Savannah, Georgia.

18. LCDR James A. Fenno, M.D. (LCDR), U.S. Coast Guard via the U.S. Public Health Service, Savannah, Georgia.

19. LT Christopher McLevaine, U.S. Coast Guard, Savannah, Georgia.

20. CWO Vivian Eddy, U.S. Coast Guard, Savannah, Georgia.

21. MK2 John DiLorenzo, U.S. Coast Guard, New Smyrna Beach, Florida.

22. Monica Vidal, U.S. Coast Guard, Yorktown, Virginia.

23. Thomas Ptak, M.D., Ph.D., MPH.

***FIRST SUPPLEMENT*: ATTACHMENT "B"**

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), Defendants identify the following as an expert witness in the above-styled matter:

1. **Thomas Ptak, M.D., Ph.D., MPH**
   **Epexegisis Consulting**
   **1206 Virginia Court NE**
   **Atlanta, Georgia 30306**

To accompany their disclosure of the foregoing expert, Defendants refer to Dr. Ptak's (1) written report, attached hereto as Exhibit #1; (2) curriculum vitae, attached hereto as Exhibit #2; (3) a list of all other cases in which, during the previous four years, said witness testified as an expert at trial or by deposition, attached hereto as Exhibit #3; (4) a schedule of professional expert fees and expenses charged by said witness in connection with any opinions providing and/or testifying in the present matter, attached hereto as Exhibit #4.

Said witness (Dr. Ptak) is available for deposition on June 29 as well as July 13, 14 or 18, 2017.