# EXHIBIT 1

# *Epexegesis Consulting*

## 1206 Virginia Ct NE
## Atlanta, GA  30306

**Thomas Ptak, MD, PhD, MPH**
*Chief Medical Consultant*

<u>*Daniel Lockhart Turner vs. Casey Brown Trucking, LLC, et al.*</u>

U.S. District Court for the Northern District of Georgia
CAFN: 1:16-CV-00364

April 14, 2017

## Introduction - Statement of Purpose:

At your request and in compliance with the Rules of Civil Procedures I am writing a summary of my opinions in the matter of Turner vs. Casey Brown trucking, LLC et al.  I have been asked to review the provided medical records and imaging studies performed on Daniel Turner as detailed herein and to provide an evaluation, discussion, analysis and expert opinion regarding the direct and associated findings of traumatic brain injury.

## Qualifications:

I am a currently licensed physician, specializing in Radiology and am familiar with the standard of care as it exists in the practice of Radiology within the United States during the period of March 2014 - Present.  I provide services as an expert in Emergency Neuroradiology by way of my training as a board (American Board of Radiology – ABR) certified Diagnostic radiologist, with additional training in Neuroradiology and a certificate of added qualifications in Neuroradiology, also issued by the ABR.  I also offer testimony based on over twenty years of experience as a Neuroradiologist practicing in the emergency radiology department, providing off hours imaging consultation to all hospital services in all modalities.  Based on my training and experience, I expect to testify on issues of neuroimaging in the setting of traumatic brain injury.

## Brief description of the incident:

28 yo male (at time of occurrence) involved in motor vehicle accident in which he was struck from behind by a truck.  Incident occurred at highway speed (~ 70 MPH prior to impact) while he was maneuvering to avoid road debris.

Brief history provided includes several incidents of potential traumatic injury: One involving trauma sustained during a motorcycle incident, and another related to an altercation.

## Materials Reviewed:

*Films:*

|       |            |        |                        |
|-------|------------|--------|------------------------|
| 6/11/15 | MRI Brain wo | 1.5 T | Savannah Neuro Spec |
| 2/29/16 | MRI Brain w/wo | 3.0 T | Simon Med Summerlin |

*Records:*

Radiology reports 3/31/14 – 2/29/16

Deposition of Daniel Turner

Deposition of William Orrison, M.D.

PowerPoint presentation of William Orrison, M.D.

## Discussion:

Both MRIs presented are essentially unremarkable with respect to signs of cerebral impact injury. There is no sign of parenchymal retraction or blood product deposition on any imaging sequence, to include susceptibility sequences. Diffusion tensor images do not provide evidence for injury to the white matter. Volumetric analysis is within expected normal range. The only finding consistently seen between the two imaging studies occurs in the subcortical white matter of the left frontal lobe. A linear hyperintensity approximately 1 x 4 mm in dimension with ill-defined margins demonstrates mild hyperintensity on T2 and FLAIR images. This tiny lesion shows no abnormal diffusion, magnetic susceptibility or enhancement on any sequence in either MRI.

This lesion lies in the subcortical white matter of the dorsolateral prefrontal cortex (DLPFC), close to the opercular segment of the left inferior frontal gyrus. This region generally serves cognitive function/flexibility, executive function, planning, inhibition and abstract reasoning and it lies close to Broca's language area. These functions are not the sole output from the prefrontal cortex, but require communication with the thalamus, medial temporal, posterior parietal and anterior and posterior cingulate cortices. The diminutive size of this lesion suggests that in the mass of white matter serving these regions, its impact would likely be minimal.

## Opinions:

*Issue #1:  T2 and FLAIR hyperintense left frontal subcortical white matter lesion.*

Discussion: This finding is evident only on T2 and FLAIR imaging. Diffusion, susceptibility and contrast enhanced images do not contribute additional findings to further characterize the origin of this lesion. Ill-defined borders suggest that the lesion has undergone some degree of gliotic remodeling and integration with the surrounding tissue. Lack of sharp margins also diminish the likelihood that this lesion represents a well-defined cavity. Overall appearance most closely resembles non-specific demyelination or glial scarring. Differential consideration includes residual of previous infection, trauma or focal demyelination. Vascular or active inflammation is unlikely given lack of enhancement.   MRI signal and architectural

characteristics do not lend themselves to an accurate or specific time interval from origination or portrayal of the inciting infectious or injurious force.

**OPINION: Solitary, tiny T2 and FLAIR hyperintensity more likely than not results from infection, trauma or an otherwise specified source of demyelination remote from the moment of imaging and is non-specific as to origin and time of origination.**

*Issue #2: Small size and position of the lesion.*

Discussion: The diminutive size of this nonspecific lesion found in the dorsolateral cortex suggests a relatively miniscule volume of fiber involvement when considered with the remaining mass of fibers of the left dorsolateral cortex. In addition, repair and rewiring mechanisms undertaken by the brain may serve to mitigate the alteration of function that may have been brought about by this lesion.

**OPINION: Small size and intervening glial repair and rewiring suggest any resulting deficit in executive or cognitive function would be minimal if detectable.**

The opinions set forth above are held within a reasonable degree of medical certainty.

*All records provided have been reviewed in detail as outlined above by Dr. Ptak. Dr. Ptak reserves the right to provide oral testimony under oath regarding the content of all records as delineated above regardless of whether a specific chart entry was formally cited in this final published report. Dr. Ptak reserves the right to use his expert clinical judgment to reference specific individual chart information, or to succinctly summarize more general chart information based on his individual scientific knowledge and medical experience.*

Thomas Ptak MD, PhD, MPH
Emergency Neuroradiologist
Division of Emergency and Trauma Imaging
Site Director, Emergency and Trauma Imaging, Grady Memorial Hospital
Emory University Hospitals and Grady Memorial Hospital
Assistant Professor of Radiology and Imaging Sciences
Emory School of Medicine
Atlanta, GA