# EXHIBIT 2

# CURRICULUM VITAE

**DATE PREPARED:** May 23, 2016

## PART I: General Information

**Name:**          THOMAS PTAK

**Home Address:** 1206 Virginia Court NE
Atlanta, GA 30306  United States

**Office Address:** Emory University Hospital Midtown
Dept of Radiology & Imaging Sciences
550 Peachtree St NE, Div of Emergency Radiology
Atlanta, GA 30308  United States

**Phone:**          (404) 686-5612
**Email:**          tptak@emory.edu
**Fax:**            (404) 686-5709

**Place of Birth:**  Fitchburg, MA

**Education:**

| | |
|---|---|
| 1981 | B.S. (Computer Science), FITCHBURG STATE COLLEGE |
| 1983 | B.S. (Biology/Chemistry), Magna cum laude, FITCHBURG STATE COLLEGE |
| 1985 | M.S. (Chemistry), RENSSELAER POLYTECHNIC INST |
| 1987 | PH.D. (Nuclear and Radiochemistry), RENSSELAER POLYTECHNIC INST |
| 1990 | M.D., ALBANY MEDICAL COL. OF UNION U. |
| 2000 | M.P.H., HARVARD SCHOOL OF PUBLIC HEALTH |

**Postdoctoral Training:**

| | |
|---|---|
| 07/90-06/91 | Intern in Medicine, General Medicine, Faulkner Hospital |
| 07/91-06/95 | Resident in Diagnostic Radiology, Diagnostic Radiology, Lahey Clinic Medical Cntr |
| 07/95-06/97 | Fellow in Neuroradiology, Neuroradiology, Massachusetts General Hospital |

**Licensure and Certification:**

| | |
|---|---|
| 1991 | National Board of Medical Examiners |
| 1996 | American Board of Radiology - Diagnostic Radiology |
| 2007 | American Board of Radiology - CAQ Neuroradiology |
| 2008 | Registered Physician - State of Massachusetts |
| 2009 | Registered Physician - State of Maine (Inactive) |
| 2009 | Registered Physician - State of New York (Inactive) |
| 2016 | Registered Physician - State of Georgia |

**Academic Appointments:**

| | |
|---|---|
| 1990-1991 | Instructor of Medicine, Tufts Medical School, Boston, MA |
| 1995-1997 | Clinical Fellow in Radiology, Harvard Medical School, Boston, MA |

| | |
|---|---|
| 1997-1999 | Assistant Professor of Radiology, Boston Univ School of Medicine, Boston, MA |
| 1998-1999 | Lecturer in Biomedical Engineering, Boston University, Boston, MA |
| 1999-2002 | Instructor in Radiology, Harvard Medical School, Boston, MA |
| 2002-2016 | Assistant Professor of Radiology, Harvard Medical School, Boston, MA |
| 2003-2004 | Teaching Fellow, Department of Chemistry, Harvard College, Faculty of Arts and Sciences, Cambridge, MA |
| 2007-2008 | Lecturer, Department of Physics, Harvard College, Faculty of Arts and Sciences, Cambridge, MA |
| 2016- | Assistant Professor of Radiology, Emory University School of Medicine, Atlanta, GA |

## Hospital or Affiliated Institution Appointments:

| | |
|---|---|
| 07/90-06/91 | Intern, General Medicine, Faulkner Hospital, Jamaica Plain, MA |
| 11/90-06/92 | Courtesy Staff, General Medicine, V.A. Medical Center, Bedford, Bedford, MA |
| 07/91-06/95 | Resident, Diagnostic Radiology, Lahey Clinic Medical Center, Burlington, MA |
| 07/94-06/96 | Courtesy Staff, Radiology, Norwood Hosptal, Norwood, MA |
| 07/94-06/96 | Coutesy Staff, Radiology, Goddard Memorial Hospital, Brockton, MA |
| 07/94-06/00 | Courtesy Staff, Radiology, Glover Memorial Hospital, Needham, MA |
| 07/95-06/97 | Clinical Fellow in Neuroradiology, Massachusetts General Hospital, Boston, MA |
| 07/97-06/99 | Neuroradiologist, Boston Medical Center, Boston, MA |
| 07/97-06/02 | Courtesy Staff, Neuroradiology, Lahey Clinic Medical Center, Burlington, MA |
| 07/99-03/16 | Courtesy Staff, Radiology, Martha's Vineyard Hospital, Oak Bluffs, MA |
| 07/99-03/16 | Assistant Radiologist, Massachusetts General Hospital, Boston, MA |
| 07/02-06/03 | Courtesy Staff, Neuroradiology, Saint Elizabeth's Medical Center, Boston, MA |
| 07/03-06/06 | Courtesy Staff, Neuroradiology, Lahey Clinic Medical Center, Burlington, MA |
| 07/06-06/08 | Courtesy Staff, Neuroradiology, Harvard Vanguard Medical Assoc., Boston, MA |
| 01/08-07/13 | Courtesy Staff, Radiology, Saints Memorial Medical Center, Lowell, MA |
| 07/08-07/13 | Courtesy Staff, Radiology, UMASS Memorial Medical Center, Worcester, MA |
| 06/13-03/16 | Courtesy Staff, Radiology, Nantucket Cottage Hospital, Nantucket, MA |
| 02/15-03/16 | Staff Radiologist, Emerson Hospital, Concord, MA |
| 04/16- | Staff Radiologist, Emory University Hospital Midtown, Atlanta, GA |
| 04/16- | Staff Radiologist, Emory University Hospital, Atlanta, GA |
| 06/16- | Site Director: Acute, Trauma and Stroke Imaging, Grady Memorial Hospital and The Marcus Trauma Center, Atlanta, GA |

## Hospital and Health Care Organization Clinical Service Responsibilities:

| | |
|---|---|
| 1995-1997 | Clinical Fellow in Neuroradiology, Massachusetts General Hospital |
| 1997-1998 | Attending Physician in Neuroradiology, Boston Medical Center |
| 1999-2016 | Attending Physician in Emergency Radiology, Massachusetts General Hospital |
| 2016- | Attending Physician in Emergency Radiology, Emory University & Emory University Midtown Hospitals |
| 2016- | Attending Physician in Emergency Radiology, Grady Memorial Hospital & The Marcus Trauma Center |

## Major Administrative Responsibilities:

| | |
|---|---|
| 1997-1999 | Director of Functional MRI, Boston Medical Center |
| 1998-1999 | Chief of Neuroradiology, Boston Medical Center |
| 2003-2011 | Director of Off hours Emergency Operations, Massachusetts General Hospital |
| 2016- | Site Director: Acute, Trauma and Stroke Imaging, Grady Memorial Hospital & The |

Marcus Trauma Center

## Major Committee Assignments:

### HMS / HSDM

| | |
|---|---|
| 2002-2007 | Medical College Admissions, Harvard Medical School |
| 2005-2006 | Medical Education Reform - Medical School Admission Criteria, Harvard Medical School |

### Affiliated Inst

| | |
|---|---|
| 1997-1999 | Contrast Evaluation and Monitoring, Boston Medical Center |
| 1997-1999 | Radiology Quality Assurance [Chairperson], Boston Medical Center |
| 1997-1999 | Radiology Research Planning, Boston Medical Center |
| 2000-2003 | Radiology Resident Selection, Massachusetts General Hospital |
| 2002-2003 | Emergency Radiology Fellow Selection, Massachusetts General Hospital |
| 2002-2004 | Human Research Committee - IRB, Massachusetts General Hospital |
| 2002-2006 | Trauma Executive Committee, Massachusetts General Hospital |
| 2003-2005 | Emergency Radiology Fellow Selection, Massachusetts General Hospital |
| 2005-2007 | Physical Sciences Curriculum Review and Redesign, Harvard College |

### National

| | |
|---|---|
| 1989-1990 | Liaison Committee on Medical Education, American Medical Association |
| 2011- | Neuroradiology MOC Committee, American Board of Radiology |
| 2013- | Committee for appropriateness criteria: Vascular Trauma, American College of Radiology |
| 2014- | Committee for appropriateness criteria: Penetrating Neck Injury, American College of Radiology |
| 2014- | Committee for appropriateness criteria: Blunt Chest Trauma, American College of Radiology |
| 2014- | Committee for appropriateness criteria: Upper Extremity Swelling, American College of Radiology |
| 2014- | Committee for appropriateness criteria: Pulmonary AVM, American College of Radiology |

## Professional Societies:

| | |
|---|---|
| 1993- | American Roentgen Ray Society, Member |
| 1993- | Radiological Society of North America, Member |
| 1995- | American Society of Neuroradiology, Member |
| 1996-2006 | American Society of Pediatric Neuroradiology, Member |
| 1997-2006 | American Heart Association, Member, Stroke Council |
| 1999- | American Society of Emergency Radiology, Member Chair, Scientific Presentation Committee, 2007- Education Committee, 2007-2015 |
| 2001- | New England Roentgen Ray Society, Member |
| 2006-2008 | National Association of Healthcare Advisors, Member |
| 2015- | European Society of Emergency Radiology, Member |

**Community Service Related to Professional Work:**

| | |
|---|---|
| 2000-2002 | Non-Resident Tutor, Eliot House, Harvard College |
| 2001-2002 | Pre-medical tutor/mentor, BIOMATRIX Program; Harvard Science and Technology, Harvard College/Massachusetts Institute of Techno |
| 2002-2015 | Medical Officer, International Medical Surgical Response Team (IMSuRT) and Disaster Medical Assistance Team (DMAT) - |
| 2003-2012 | Advisor on Healthcare Services , NGF - Next Generation Foundation (http://www.nextgenfoundation.org/ngf/index.htm) |
| 2005-2012 | Medical Officer, Town of Needham Disaster Response Team |
| 2006-2008 | Advisor, General and Pre-medical, Board of Freshman Advisors, Harvard College |
| 2007-2011 | Medical Officer, Massachusetts General Hospital Internal Disaster Response Team |
| 2007-2012 | Question writer, American Board of Radiology |
| 2007-2011 | Faculty advisor, Harvard Premedical Society, Harvard College |
| 2008 | Medical Officer, NGF - Next Generation Foundation |
| 2009-2015 | Consultant Radiologist to the Burundi Ministry of Health, Village Health Works; Partners in Health |

**Editorial Boards:**

| | |
|---|---|
| 1996- | Ad-Hoc Reviewer, American Journal of Neuroradiology |
| 1997- | Ad-Hoc Reviewer, American Journal of Roentgenology |
| 2000-2005 | Associate Editor, The Internet Journal of Radiology |
| 2002- | Ad-Hoc Reviewer, Journal of Computer Assisted Tomography |
| 2004- | Ad-Hoc Reviewer, Emergency Radiology |
| 2007- | Ad-Hoc Reviewer, European Radiology |

**Awards and Honors:**

| | |
|---|---|
| 1983 | Magna Cum Laude, Fitchburg State College |
| 1985 | Phi Lambda Upsilon, Chemistry Honor Society, Rensselaer Polytechnic Institute |
| 1986 | Sigma Xi, Research Honor Society, Rensselaer Polytechnic Institute |
| 1990 | Arthur M. Wright Award, Albany Medical Col. Of Union U. |
| 1993 | Certificate of Merit, Radiological Society of North America |
| 2001 | Certificate of Merit, Radiological Society of North America |
| 2008 | Certificate of Merit, European Society of Radiology |
| 2010 | Fellow, American Society of Emerency Radiology |

## Part II: Research, Teaching, and Clinical Contributions

### A. Narrative report of Research, Teaching, and Clinical Contributions

My academic and intellectual endeavors are focused chiefly on traumatic brain injury, innovative applications of technology, and improving the predictive nature of radiological tests. Current areas of interest include: technological advances in imaging of the acutely ill and post-traumatic patient.

In my position as emergency neuroradiologist, I am fortunate to be able to interact closely with the referring emergency clinicians in both neurological cases as well as general applications. I am able to observe first hand the concerns and frustrations that face them when approached with a diagnostic dilemma in those critical first moments of clinical evaluation. I am often afforded the opportunity to be the first diagnostic consultant to whom they turn when faced with a difficult diagnosis. From this unique standpoint, I am able to directly observe and analyze the limits of current imaging techniques.

In addition to teaching residents and fellows "on-line" in the emergency radiology section, I continue to find enjoyment in teaching undergraduate medical students. It is both fulfilling and valuable for me as a mentor to watch students progress from medical school through residency and fellowship training. Observing this continuity helps me to better guide future students through the system toward their eventual goals. In an effort to better understand the entirety of the transformation into practicing physician, I have expanded my involvement to teaching at the undergraduate college pre-medical students. While I have enjoyed teaching in the Physics and Chemistry departments, my goal is to expose potential future physicians to the issues that face contemporary medical practitioners. I believe that training humane, caring physicians begins well beyond medical school, and is especially important in the high stress, competitve atmosphere encountered in early post-secondary education.

Finally, I plan to continue my activities in mentoring and guiding students at all levels through the maze that is medical education. Currently I avail myself to my students for counselling with respect to career, professional, adjustment, academic and personal (stress, psychosocial adaptation) issues.


### B. Funding Information

1998-1999    P.I., Foundation-Radiological Society of North America, Investigation of Altered Cerebral Perfusion Patterns in Patients with Hemoglobin-SS Disease Using Echo-Planar Perfusion Weighted Magnetic Resonance Imaging

### C. Report of Other (Non-Funded) Activities

P.I.        MDCT Applications in Whole-Body Trauma Imaging
P.I.        Post-Traumatic Cervical Vascular Imaging
P.I.        Radiation Dosimetry in Medical Applications
P.I.        Statistical Modelling of Patient Flow through the Emergency Department
P.I.        Post-Traumatic Cerebral Perfusion

### D. Report of Teaching

### 1. Local contributions

#### a. Medical School Courses

1999-2000    MED-703 Neuroanatomy

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Tutor | 20 Medical Students<br>4 Dental Students | 2 hours/week<br>for 5 week(s) | 1 hours/week<br>for 5 week(s) |

**1999-2000**     <u>MED-703 Neuroanatomy</u>

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Lecturer | 120 Medical Students<br>20 Dental Students | 2 hours/year<br>for 1 year(s) | 4 hours/year<br>for 1 year(s) |

**2001-2003**     <u>IN701.0 The Human Body</u>

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Preceptor | 15 Medical Students<br>2 Dental Students | 6 hours/week<br>for 6 week(s) | 1 hours/week<br>for 6 week(s) |

**2001-2003**     <u>RD501M.3 Advanced Radiology Clerkship (MGH)</u>

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Preceptor | 20 Medical Students | 20 hours/week<br>for 20 week(s) | none reported |

**2001-2003**     <u>Examiner, Objective Structured Clinical Examination (OSCE)</u>

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  |  | 20 Medical Students | 5 hours/year<br>for 1 year(s) | none reported |

**2001-2004**     <u>RD500M.3 Core Clerkship in Radiology (MGH)</u>

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Preceptor | 15 Medical Students | 1 hours/month<br>for 6 month(s) | 1 hours/month<br>for 6 month(s) |

**2001-2007**     <u>IN750M.J Patient-Doctor III</u>

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Tutor | 12 Medical Students | 3 hours/week<br>for 23 week(s) | 2 hours/week<br>for 23 week(s) |

**2004-2015**     <u>IN707.0 Human Nervous System and Behavior</u>

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Tutor | 10 Medical Students<br>2 Dental Students | 3 hours/day<br>for 21 day(s) | 1 hours/day<br>for 21 day(s) |

**2011-2012**     <u>Introduction to Medical Diagnosis</u>

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Lecturer | 50 Other Students | 2 hours/year<br>for 1 year(s) | 8 hours/year<br>for 1 year(s) |

**2012-2013**     <u>Introduction to Medical Diagnosis</u>

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Lecturer | 50 Other Students | 2 hours/year<br>for 1 year(s) | 8 hours/year<br>for 1 year(s) |

**b. Graduate Medical Courses**

**1998-1999**     <u>BE-515 Diagnostic Imaging Systems</u>

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|

|  | Lecturer | 30 Graduate Students | 4 hours/year for 1 year(s) | 8 hours/year for 1 year(s) |

1999-  Emergency Radilogy Mini-Course

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Lecturer | 40 Residents | 1 hours/year for 1 year(s) | 2 hours/year for 1 year(s) |

1999-  Clinical program in Diagnostic Radiology: Emergency Radiology

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Attending | 14 Residents | 40 hours/week for 3 week(s) | none reported |

1999-  Emergency Radiology Teaching Collection Series

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Lecturer | 20 Residents | 1 hours/month for 6 month(s) | none reported |

2000-  Emergency Medicine Lecture Series

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Lecturer | 20 Residents | 1 hours/year for 1 year(s) | 2 hours/year for 1 year(s) |

2011-2012  Diagnostic Imaging in Clinical Practice

|  |  |  | *contact time* | *prep time* |
|---|---|---|---|---|
|  | Lecturer | 50 Graduate Students | 6 hours/year for 1 year(s) | 18 hours/year for 1 year(s) |

## c. Local Invited Presentations

### Grand Rounds

1998  Stroke and the Cerebro-Vascular Supply of the Posterior Fossa, Boston City Hospital
Lecturer: 50 participants, 2 hours contact time per year, 4 hours prep time per year

2002  Imaging of Diaphragmatic Injury, Massachusetts General Hospital, Department of Surgery
Attending: 75 participants, 2 hours contact time per year, 3 hours prep time per year

2003  Imaging of Acute Cerebral Injury, Beth Israel Deaconess Medical Center; Dept of Emergency Medicine
Lecturer: 50 participants, 1.5 hours contact time per year, 2 hours prep time per year

### Seminar

2001-2002  Radiology Emergency Medicine Mini-Course, Brigham and Women's Hospital
Lecturer: 25 participants, 1 hour contact time per year, 2 hours prep time per year

2001-2005  Lecture in Emergency Radiology, Tufts University, New England Medical Center
Lecturer: 15 participants, 1 hour contact time per year, 2 hours prep time per year

2001-2003  Traumatic Brain Injury, MedFlight Training Center

Lecturer: 25 participants, 1 hour contact time per year, 2 hours prep time per year

**d. Continuing Medical Education Courses**

1996-       MGH/HMS Neuroradiology Review Course
            Lecturer: 200 participants, 1 hour contact time per year, 3 hours prep time per year

1996-       Clinical-Pathological Exercises for the Case Records of the Massachusetts General
            Hospital
            Radiology panelist: 50 participants, 1 hour contact time per year,
            2 hours prep time per year

1997-       Clinical-Pathological Exercises for the Case Records of the Massachusetts General
            Hospital
            Radiology panelist: 50 participants, 1 hour contact time per year,
            2 hours prep time per year

1997-       Clinical-Pathological Exercises for the Case Records of the Massachusetts General
            Hospital
            Radiology panelist: 50 participants, 1 hour contact time per year,
            2 hours prep time per year

1999        Practical Magnetic Resonance Imaging Course
            Lecturer: 25 participants, 1 hour contact time per year, 3 hours prep time per year

1999        Cabot Primary Care Lecture Series
            Panelist: 100 participants, 2 hours contact time per year, no prep time reported

2001        Massachusetts Society of Radiological Technologists Continuing Education Series
            Lecturer: 100 participants, 1 hour contact time per year, 3 hours prep time per year

2001-2015   Trauma Imaging Head to Toe
            Conference Leader: 250 participants, 2 hours contact time per day, no prep time
            reported
            Lecturer: 250 participants, no contact time reported, 8 hours prep time per year

2002        Eastern Society of Radiology Technologists
            Lecturer: 300 participants, 1 hour contact time per year, 3 hours prep time per year

2007        MGH/HMS Neuroradiology Review Course
            Lecturer: 200 participants, 1 hour contact time per year, 4 hours prep time per year

2009        MGH/HMS Neuroradiology Review Course
            Lecturer: 250 participants, 1 hour contact time per year, 2 hours prep time per year

2009-2015   MGH/BWH Radiology Review Course
            Lecturer: 255 participants, 1 hour contact time per year, 15 hours prep time per year

2012        MGH/HMS Neuroradiology Review Course
            Lecturer: 200 participants, 1 hour contact time per year, no prep time reported

2015-       MGH Emergency Radiology Review Course
            Lecturer: 100 participants, 1 hour contact time per year, 4 hours prep time per year

### e. Advisory and Supervisory Responsibilities in Clinical or Laboratory Setting

1997-1999    15 Residents and Fellows for 1500 hrs/year, Attending Neuroradiologist in Healthcare Organization, Boston University Medical Center

1999-    3 Summer Medical and Undergraduate Students for 300 hrs/year, Attending Neroradiologist in Healthcare Organization, Harvard University

1999-    16 Residents and Fellows for 1500 hrs/year, Neuroradiology Attending in Healthcare Organization, Harvard Medical School

2005-2007    12 Medical Students for 120 hrs/year, Senior Fellow, Francis Weld Peabody Society, Harvard Medical School

2006-2008    10 Undergraduate Pre-Medical Students for 100 hrs/year, Academic Advisor, Board of Freshmen Advisors, Harvard College

2007-    5 Harvard Pre-Medical Society Undergraduate Science Concentrators - Faculty Advisor for 30 hrs/year, Give 2-4 one hour presentation to groups of 10-20 students per year. Oversee application preparation for 3-7 students per year. Meet 3-4 times minimally per month for the three months prior to filing application., Harvard College

### f. Leadership Roles

1999-2003    Training Coordinator, EMT Radiology Education; Division of Emergency Radiology, MGH, Massachusetts General Hospital
Responsibility: Oversee scheduling and curriculum and provide instruction for EMT radiology training as required for state certification. - 12 contact hours

2002-2005    Assistant Director, Fellowship Selection Committee, Division of Emergency Radiology (MGH), Massachusetts General Hospital
Responsibility: Aid the director in publicizing and arranging fellowship applications. Coordinate interviews, interview applicants and prepare for the fellowship match. - 30 hours

2004-2005    HMS Working Group on Medical School Admissions Requirements; Medical Education Reform Initiative, Harvard Medical School
Responsibility: Review and recommend revisions for admissions requirements to the HMS MD curriculum.
Special Accomplishments: Released report of the committee findings and recommendations for revising admissions requirments.

2005-2007    Curriculum reform initiative: Redesign of the physical sciences curriculum at Harvard College, Harvard College
Responsibility: Under the auspices of the Office of Academic Affairs, contributed to re-design of the Physics and Chemistry classes into an integrated series of three courses.
Special Accomplishments: Work culminated in the origin of the Physical Sciences 3 course, detailing electrodynamics, and waves.

### g. Advisees/Trainees

| Training Duration | Name | Current Position |
|---|---|---|
| 1997-1999 | Richard Whitehead, M.D. | Private practice radiology, Boston, MA |
| 1998-2000 | Robert Burt, M.D. | Associate Professor, University of Colorado |
| 2004-2006 | Edward E. Wong, M.D. | Private practice teleradiology, Hong Kong |
| 2006-2007 | Andrew Small, M.D. | Private practice radiology, Houston TX |
| 2007-2008 | George L. Cushing, M.D. | Assistant Professor, Mt. Auburn Hospital, Camebridge, MA |
| 2007-2008 | Erhan Akpinar, M.D. | Associate Professor, Hacettepe University, Ankara, Turkey |

## 2. Regional, national, or international contributions

### a. Invited Presentations

**Regional**

1997        Imaging in Psuedotumor Cerebri. Lecture to 75 attending Ophthalmologists., University of Vermont and The Vermont Ophthalmological Society *[Invited Lecture]*

2001-       Multi-Detector CT Applications in Trauma. Lecture to 150 Attending, fellow and resident radiologists, followed by participation in panel on unknown cases., New Englan Roentgen Ray Society *[Invited Lecture]*

2002-       Imaging of Traumatic Diaphragmatic Injury. Lecture to 150 attending, resident and post-graduate radiologists. Also panelist panel of unknown cases., New Enlgand Roentgen Ray Society *[Invited Lecture]*

2003-       MR Imaging of Trauatic Thoracic Spine Injury. Lecture to 150 attending, fellow and resident radiologists. Also served as a panelist for panel of unknown cases following the lecture., New England Roentgen Ray Society *[Invited Lecture]*

**National**

2001-       Multi-Detector CT Applications in Abdominal Trauma. Lecture to 100 attending, fellow and resident radiologists; followed by plenary session which I moderated on Emergency/Acute Abdominal Imaging. Seattle, WA., American Roentgen Ray Society *[Keynote address]*

2002-       Multi-Detector CT Applications in Cerebral Trauma - Lecture to 100-150 Attending, and fellowship trainee radiologists at the 13th annual meeting. Syllabus Pp 47-50, American Society of Emergency Radiology *[Invited Lecture]*

2004-       Whole Body Imaging in Trauma using Multi-Detector CT. Lecture to 70 attending, fellow and resident radiologists., United States Navel Medical Center *[Invited Lecture]*

2004-       Case review session: Review teaching cases and discuss relevent teaching points with residents in the USNMC radiology residency program., United States Navy Medical Center *[Seminar]*

2006-    Imaging of Soft Tissue Injury in the Post Traumatic Cervical Spine. Lecture to 150 attending, fellow and resident radiologists., San Diego Radiological Society, San Diego, CA *[Invited Lecture]*

2006-    MRI Evaluation of the Thoracic Spine in Trauma. Presented to 75 attending, fellow and resident radiologists., University of California, San Diego Medical Center, San Diego, CA *[Visiting Professorship]*

2006-    Case review session: Review teaching cases and discuss relevent teaching points with residents in the USNMC radiology residency program., United States Navy Medical Center, San Diego, CA *[Seminar]*

2006-    Case review session: Review imaging cases with interactive short segment didactic discussions tailored to specific diagnoses., University of California, San Diego, SanDiego, CA *[Seminar]*

2006-    Imaging of Cranio-cerebral Trauma. Lecture presented to 75 attending, fellow and resident radiologists., United States Navy Medical Center, San Diego, CA *[Invited Lecture]*

2007    Multi-detector CT in the Emergency Department: Confronting Technological Ontogeny. Lecture to 150 attending level general medical, surgical and radiological practitioners., St Louis Medical Society and St Louis Radiological Society *[Named Invited Lecture - "The Carmen Lecture"]*

## International

2002-    Multi-Detector, Three dimensional Imaging in Trauma., 3rd International Workshop on Multi-Detector CT, 3D Imaging and Virtual Endoscopy, Rome, Italy *[Invited Lecture]*

2002-    A Whole-Body Multi-Detector CT Protocol Optimised for Retrospective Reconstruction and 2D and 3D Reformation., 3rd International Workshop on Multi-Detector CT, 3D Imaging and Virtual Endoscopy, Rome, Italy *[Invited Lecture]*

## b. Professional Leadership Roles related to Teaching

2004    National    United States Navy, USNMC San Diego, CA
Reviewed, instructed and made recommendations regarding imaging patient workflow, imaging hardware, image storage, and interpretation techniques abord the hospital ship USNS Mercy T-AH 19 (Capt. John Dudley Malone, USNMC). Reviewed and made recommendations with regard to patient flow for imaging in a mass casualty setting with both the chief of Radiology operations and the ships commander.

2007-    National    American Society of Emergency Radiology (ASER)
Neuroradiology coordinator, Education Committee - Oversee the ASER's Neuroradiology curriculum. Edit and coordinate cases and examples for various neurological diseases and trauma.

2008-    National    American Society of Emergency Radiology (ASER)
Coordinator of Scientific Sessions - Oversee solicitation, evaluation, selection and arrange presentation of research and education topics for the American Society of

Emergency Radiology's annual meeting.

## 4. Description of major curriculum offerings, teaching cases or innovative educational programs developed

2003-2004     General Chemistry, Dept of Chemistry and Chemical Biology, Harvard College
Responsible for teaching a small group of 17 undergraduate Pre-Med concentrators in the Chem 5 and Chem 7 General Chemistry sequence. Approx 2 prep hrs and 3 contact hours per week for 2 semesters (26 weeks).

2006-2008     Physical Sciences 3, Dept of Physics, Harvard College
Gave lectures to 250-300 undergraduate Pre-Med students integrating physical prinicples (E&M, waves) with applications in medical imaging and diagnosis. Responsible for 3 lectures, 1.5 contact hours each, with 3 hours preparation per lecture

## E. Report of Clinical Activities

1999-2003     Radiology, Emergency Radiology, Trauma/Acute Neuroradiology Massachusetts General Hospital
Clinical Activity Description: I am one of five staff radiologists assigned to the emergency radiology division of the Massachusetts General Hospital. I am the only board-certified, subspecialty-trained neuroradiologist in our division. My major clinical responsibility as a staff physician, and part of the emergency radiology team, is to participate in the oversight, and interpretation of all imaging studies performed on patients presenting to the trauma and acute care divisions of the MGH emergency medicine department, twenty four hours a day, seven days a week throughout the year. Coverage extends to include all in-house patients in addition to emergency department referrals on weekday evenings and all weekend days. Responsibilities also include on-line interpretation of approximately 3000 studies per year transmitted via teleradiology, from the emergency room at Martha's Vineyard Hospital, and the MGH health clinics in Revere and Chelsea Massachusetts.
Patient Load: 90,000 radigraphic examinations per year, of which 22,500 were cross-sectional imaging studies.; ED cases in our tertiary setting are complex, presenting without sufficient clinical information
Clinical Contributions: As the only subspecialty-trained and certified neuroradiologist in the division, I oversee and review all traumatic and non-traumatic emergency CNS and neuro-vascular imaging studies presenting to the emergency department. Duties include consulting and interpretation of plain film, CT and MRI neuroimaging, as well as performance of limited interventional procedures.

2003-     Radiology, Emergency Radiology, Trauma/Acute Neuroradiology Massachusetts General Hospital
Clinical Activity Description: I am one of eight staff radiologists assigned to the emergency radiology division of the Massachusetts General Hospital. I am one of three radiologists assigned to the task of staffing the overnight shift from 10 PM to 7 AM, and am the only board-certified, subspecialty-trained neuroradiologist in our division. My major clinical responsibility as a staff physician, and part of the emergency radiology team, is to participate in the oversight, and interpretation of all imaging modalities and studies performed on patients presenting to the trauma and acute care divisions of the MGH emergency medicine department, as well as all

acute presentations from our tertiary care hospital in the overnight hours twenty four hours a day, seven days a week throughout the year. My duties also include performance of procedures related to emergency and acute patients (retrograde urethrogram, lumbar puncture under fluoroscopy, etc) presenting in the overnight period.

Patient Load:  109,000 exams per year; including 45,000 cross-sectional studies; Overnight cases from all areas of our tertiary facility represent the most acute of our complex pts

Clinical Contributions: As the only subspecialty-trained and certified neuroradiologist in the division, I oversee and review all traumatic and non-traumatic emergency CNS and neuro-vascular imaging studies presenting to the emergency department radiology division in the overnight period. Duties include consulting and interpretation of plain film, CT and MRI neuroimaging, as well as performance of limited interventional procedures.

Other Relevant Information: –In recognition of studies Ive published on the efficient processing of trauma patient imaging I had been invited by the US Navy to consult on patient flow and processing in the imaging department of the USHS Mercy (See "Non-Local Teaching Leadership Roles" section). .

## Part III: Bibliography

### Original Articles

1.  Preiss IL, Ptak T, Frank AS. Trace Element Profiles of Biological Samples using Radioisotope Induced X-Ray Fluorescence. Nuclear Instrumentation and Methods in Physics Research. 1986;A242:539-43.

2.  Cheng LL, Ma MJ, Becerra L, Ptak T, Tracey I, Lackner A, González RG. Quantitative neuropathology by high resolution magic angle spinning proton magnetic resonance spectroscopy. Proc Natl Acad Sci U S A. 1997;94(12):6408-13.

3.  Tievsky AL, Ptak T, Farkas J. Investigation of apparent diffusion coefficient and diffusion tensor anisotrophy in acute and chronic multiple sclerosis lesions. AJNR Am J Neuroradiol. 1999;20(8):1491-9.

4.  Ptak T, Rhea JT, Novelline RA. Experience with a Continuous, Single-Pass Whole Body Multi-Detector CT Protocol for Trauma: The Three Minute Multiple Trauma CT Scan. Emergency Radiology. 2001;8(5):250-6.

5.  Lawrason JN, Novelline RA, Rhea JT, Sacknoff R, Kihiczak D, Ptak T. Can CT Eliminate the Initial Portable Lateral Cervical Spine Radiograph in the Multiple Trauma Patient? A Review of 200 Cases. Emergency Radiology. 2001;8(5):276-8.

6.  Ptak T, Kihiczak D, Lawrason JN, Rhea JT, Sacknoff R, Godfrey R, Novelline RA. Screening for Cervical Spine Trauma with Helical CT: Experience with 676 Cases. Emergency Radiology. 2001;8(6):315-9.

7.  Kihiczak D, Novelline RA, Lawrason JN, Ptak T, Rhea JT, Sacknoff R. Should an MR Scan be Performed Routinely After A Normal Clearance CT Scan in the Trauma Patient? Experience with 59 Cases. Emergency Radiology. 2001;8(5):276-8.

8.  Ptak T, Mathews M. Multidetector CT: Whole-Body Protocol Speeds Emergency Evaluation. Diagnostic Imaging. 2002;24(5):43-8.

9.  Roth C, Tello R, Sutherland K, Ptak T. Prediction rule for etiology of vague abdominal pain in the emergency room: utility for imaging triage. Invest Radiol. 2002;37(10):552-6.

10. Ptak T, Novelline RA. Amiodarone administered for cardiac resuscitation does not alter the integrity of noncontrast cerebral computed tomography performed on neurologically symptomatic patients before therapeutic cardiac catheterization. J Comput Assist Tomogr. 2003;27(2):226-30.

11. Ptak T, Hunter GH, Avakian R, Novelline RA. Clinical significance of cavernous carotid calcifications encountered on head computed tomography scans performed on patients seen in the emergency department. J Comput Assist Tomogr. 2003;27(4):505-9.

12. Sheridan R, Peralta R, Rhea J, Ptak T, Novelline R. Reformatted visceral protocol helical computed tomographic scanning allows conventional radiographs of the thoracic and lumbar spine to be eliminated in the evaluation of blunt trauma patients. J Trauma. 2003;55(4):665-9.

13. Ptak T, Sheridan RL, Rhea JT, Gervasini AA, Yun JH, Curran MA, Borszuk P, Petrovick L, Novelline RA. Cerebral fractional anisotropy score in trauma patients: a new indicator of white matter injury after trauma. AJR Am J Roentgenol. 2003;181(5):1401-7.

14. Ptak T, Rhea JT, Novelline RA. Radiation dose is reduced with a single-pass whole-body multi-detector row CT trauma protocol compared with a conventional segmented method: initial experience. Radiology. 2003;229(3):902-5.

15. Nelson BP, Senecal EL, Hong C, Ptak T, Thomas SH. Opioid analgesia and assessment of the sonographic Murphy sign. J Emerg Med. 2005;28(4):409-13.

16. Rhea JT, Halpern EF, Ptak T, Lawrason JN, Sacknoff R, Novelline RA. The status of

appendiceal CT in an urban medical center 5 years after its introduction: experience with 753 patients. AJR Am J Roentgenol. 2005;184(6):1802-8.

17. Kabrhel C, Matts C, McNamara M, Katz J, Ptak T. A highly sensitive ELISA D-dimer increases testing but not diagnosis of pulmonary embolism. Acad Emerg Med. 2006;13(5):519-24.

18. Akpinar E, Koroglu M, Ptak T. Diffusion tensor MR imaging in pediatric head trauma. J Comput Assist Tomogr. 2007;31(5):657-61.

19. Sonis, Jonathan D., Miller, Emily Senecal, Borczuk, Pierre, Ptak, Thomas. Seizure and fever in HSV Encephalopathy; A case report and review of the literature. Emergency Medicine. 2016.

20. Linda T. Wang, Robert H. Cleveland, Robert G. Zwerdling, Thomas Ptak, Mindy Sherman, Kenan Haver, William Binder, Pallavi Sagar, Patricia Hibbard . Thermal Imaging as a Diagnostic Tool for Pneumonia. Radiology. 2016.

## Proceedings of Meetings

1. Cousins JP, Hammer BE, Lee KJ, Andrjuk T, Ptak T and Goldfard RD. Non-Ischemic Myocardial Injury Observed in vivo in Chronically Instrumented Pigs Under Continuous Endotoxin Challenge. In: May 1990; New York, NY. ;1990. p. 252.

2. Cousins JP, Hammer BE, Lee KJ, Andrjuk T, Ptak T, and Goldfard RD. Non-Ischemic Myocardial Injury Observed in vivo in Chronically Instrumented Pigs Under Continuous Endotoxin Challenge. In: June 1990; White River Junction, VT. ;1990. p. 89.

3. Ptak T, Teoh SK, Lev MH, Look R, Sorenson AG and Gonzalez RG. The Appearance of intra-Parenchymal Hematoma using Echo-Planar Diffusion Weigthed Imaging. In: June 23-27, 1996; Seattle, WA. ;1996. p. 33.

4. Ptak T, Sorenson AG and Gonzalez RG. Wallerian Degeneration: Appearance and Characteristics Using Echo Planar Diffusion Weighted Magnetic resonance Imaging. In: June 23-27 1996; Seattle, WA. ;1996. p. 39.

5. Kothare SV, Al-Yamani s, Ptak T, Gonzalez RG and Schaefer PW. The Clinical Utility of Diffusion Weighted MRI in Pediatric Populations. In: September; Montreal, Canada. ;1996. p. 73.

6. Ptak T, Schaefer PW and Gonzalez RG. Diffusion weighted Imaging: Preliminary Observations in Pediatric Patients. In: Dec 2-8; Chicago, IL. ;1996. p. 115.

7. Ptak T, Tievsky A, Farkas J, Wu O, Sorenson AG, Rosen BR and Gonzalez RG. Diffusion Tensor Anisotropy Measurements in Multiple Sclerosis Lesions Using Echo-Planar Diffusion Weighted Imaging. In: May 13-18; Philadelphia, PA. ;1997. p. 73.

8. Ptak T, Kihiczak D, Rhea JT, Sacknoff R, Lawrason JN and Novelline RA. Accuracyof Screening Helical CT of the cervical Spine in Trauma Patients. In: Orlando, FL. ;2000. p. 47.

9. Ptak T, Rhea, Kihiczak D, Sacknoff R, Lawrason JN and Novelline RA. Routine Evaluatn of the Cervical Vessels Using a Single-Pass Multi-Detector CT Protocol in Multiple Trauma Patients. In: San Fransisco, CA. ;2001. p. 58.

10. Lawrason JN, Novelline RA, Rhea JT, Sacknoff R, Kihiczak D and Ptak T. Can CT Eliminate the Initial Portable Lateral Cervical Spine Radiograph in the multiple Trauma patient? Experience with 20 Cases. In: San Fransisco, CA. ;2001. p. 56.

11. Kihiczak D, Novelline RA, lawrason JN, Ptak T, Rhea JT and Sacknoff R. Should an MR Scan be performed Routinely After a Normal Clearance CT Scan in the Unconcious Trauma Patient? In: San Fransisco, CA. ;2001. p. 59.

12. Ptak T, Rhea JT, Kihiszak D, Sacknoff R, Lawrason JN and Novelline RA. A Single-Pass Multi-Detector CT Protocol for Evaluation of the Multiple Trauma Patient: Challenging the Trauma Imaging Paradigm. In: San Fransisco, CA. ;2001. p. 58.

13. Ptak T and Novelline RA. The Significance of Cavernous Carotid Calcifications Found on CT Scans Performed in the Emergency department. In: Boston, MA. ;2001. p. 306.

14. Roth C, Tello R and Ptak T. The predictive Value of Clinical Data in the Examination of Patients with Abdominal Pain. In: Seattle, WA. ;2001. p. 96.

15. Ptak T, Wong EW, Sacknoff R, Lawrason JN, Rhea JT and Novelline RA. Amiodarone Administered for Cardiac Arrhthmia Dose Not Alter the Integrity of Non-Contrasted Screening Cerebral CT Scans. In: Orlando, FL. ;2002. p. 103.

16. Ptak T, Wong EW, Sacknoff R, Lawrason JN, Rhea JT and Novelline RA. Radiation Dose measurements are Reduced in the Single-Pass Whole-Body Trauma Acquisition as Compared to the Conventional Segmented Imaging Protocol. In: Orlando, FL. ;2002. p. 63.

17. Ptak T, Wong EW, Sacknoff R, Lawrason JN, Rhea JT and Novelline RA. Routine multi-detector CT Angiographic Survey of cranio-cervical Vessels Following Moderate to Severe Blunt Multi-Trauma. In: Orlando, FL. ;2002. p. 65.

18. Ptak T, Lawrason JN, Sacknoff R, Rhea JT and Novelline RA. A Multi-Detector CT Protocol for Evaluation of the Multiple Trauma Patient: The Single Pass Trauma Survey. In: Atlanta, GA. ;2002. p. 41.

19. Ptak T, Wong EW, Sacknoff R, Lawrason JN, Rhea JT and Novelline RA. Radiation Dose measurements are Reduced in the Single-Pass Whole-Body Trauma Acquisition as Compared to the Conventional Segmented Imaging Protocol. In: Chicago, IL. ;2002. p. 317.

20. Ptak T, Wong EW, Sacknoff R, Lawrason JN, Rhea JT and Novelline RA. Radiation Dose measurements are Reduced in the Single-Pass Whole-Body Trauma Acquisition as Compared to the Conventional Segmented Imaging Protocol. In: San Diego, CA. ;2003. p. 43.

21. Nelson BP, Hong CH, Ptak T and Thomas S. Administration of Opiod Analgesia Prior to Right upper Quadrant Ultrasound Does not Effect the Assessment of the Sonographic Murphy's Sign. In: Sept 14-17, 2003; Sitges/Barcelona, Spain. ;2003. p. 40.

22. Ptak T, O'Brien MD and Milne L. Abdominal Plain Film versus Multi-detector CT in the Evaluation of Nonspecific Abdominal Pain in the Emergency Department: A Model for Evaluating Process, Cost and Effectiveness. In: Oct 12-17; Houston, TX. ;2008. p. 42.

23. Ptak T, O'Brien MD and Milne L. Abdominal Plain Film versus Multi-detector CT in the Evaluation of Nonspecific Abdominal Pain in the Emergency Department: A Model for Evaluating Process, Cost and Effectiveness. In: May 5-10; Vienna, Austria. ;2009. p. 67.

24. Ptak T and DiBartolomeo AJ. Hydrocephalus encountered in the ED: Ticking time bomb or smoldering fuse? In: Sept 12-15 2012; New Orleans, LA. ;2012. p. .

25. Ptak T and DiBartolomeo AJ. Hydrocephalus encountered in the ED: Ticking time bomb or smoldering fuse? In: Apr 14-19 2013; Washington, DC. ;2013. p. .

**Reviews/Chapters/Editorials**

1. Gonzalez RG and Ptak T. Chapter 6: Magnetic Resonance Spectroscopy of Degenerative Brain Disease in the Elderly. In: Clinical Applications of MR Spectroscopy, Mukherji S. [editor]. John Wiley and Sons;1998. p. 143-61.

2. Ptak T. The Physics of Cerebrovascular Diseases: Biophysical Mechanisms of Development, Diagnosis and Therapy; Hademenos GJ and Massoud TF, authors [book review]. Journal of the IEEE Transactions in Medical Imaging. 1998;17(4):82.

3. Tello R, Ptak T. Statistical methods for comparative qualitative analysis. Radiology. 1999;211 (3):605-7.

4. Tello R and Ptak T. How to Choose Between Two Essentially Equivilent Options. American Journal of Roentgenology. 2000;174(3):75.

5.  Ptak T and Hines-Peralta A. Chapter 42: Trauma Radiology. In: Trauma Handbook, Sheridan RL [editor]. Lippencott;2003. p. 619-54.
6.  Ptak T. Chapter 1: Craniocerebral Trauma. In: Pocket Radiologist - ER Trauma, Novelline RA [editor]. Amrysis;2004. p. 3-21.
7.  Ptak T. Chapter 6: Thoracolumbar Spine Trauma. In: Pocket Radiologist - ER Trauma, Novelline RA [editor]. Amrysis;2004. p. 209-226.
8.  Ptak T. Chapter 9: Lower Extremity Trauma. In: Pocket Radiologist - ER Trauma, Novelline RA [editor]. Amrysis;2004. p. 304-16.
9.  Ptak, T. Chapter 7: Nontraumatic Spine Emergencies. In: Problem Solving in Emergency Radiology, Stuart E. Mivis, Wayne S. Kubal, Kathirkamanathan Shanmuganathan, Jorge A. Soto & Joseph S. Yu [editors]. Philadelphia: Elsevier;2014.
10. Gonzalez RG, et al [Editors]. Imaging of Traumatic Brain Injury. Neurology Title TBA. 2016.

**Clinical Communications**

1.  Ptak T, Larsen CR, Beckmann CF, Boyle DE. Idiopathic segmental thrombosis of the corpus cavernosum as a cause of partial priapism. Abdom Imaging. 1994;19(6):564-6.
2.  Ptak T, Geyer CA. Diseases of the Parotid Gland. Postgraduate Radiology. 1995;15(3):122-147.
3.  Feldman RG, Ratner MH, Ptak T. Chronic toxic encephalopathy in a painter exposed to mixed solvents. Environ Health Perspect. 1999;107(5):417-22.
4.  Atkinson DS, Ptak T. Neuroradiology case of the day. Kaposi's sarcoma of the nasopharynx, oropharynx, and hypopharynx. AJR Am J Roentgenol. 1999;173(3):804, 807-8.
5.  Ptak T. CT pitfalls in emergency radiology: a chronically ruptured intra-cranial dermoid tumor mimicking pneumocephalus in an acute multi-trauma evaluation. Emerg Radiol. 2007;14(6):453-6.

**Educational Materials**

1.  Ptak T, Geyer CA, Mancall AM, Thomas CB, Bohigian KR. Lesions of the Parotid Gland: Imaging with Clinico-Pathological Correlation. 1993.
2.  Ptak T. Whole Body Multi-Detector CT Protocol Optimised for Retrospective Reconstruction with 2-D and 3-D Reformation. 2002.
3.  Ptak T. A Multi-Detector Whole Body CT Protocol for Evaluating the Multiple Trauma Patient: The Single Pass Radiological Tertiary Trauma Survey. 2002.
4.  Ptak T, Rhea JT and Novelline RA. A Single-Pass Multi-Detector Whole-Body CT Protocol for Evaluating the Multiple-Trauma Patient: Pushing the Limits of Technology. 2002.
5.  Ptak T. Multi-Detector Three Dimensional Imaging in Trauma. 2002.
6.  Ptak T. Protocol Design and interpretation Considerations for Neurovascular CTA in the Emergency Department. 2006.
7.  Ptak T. Acute Traumatic Injury; Craniocerebral Injury. 2008.

**Thesis**

1.  Ptak, Thomas. Trace element concentrations in atherosclerotic human aorta tissue using radioisotope induced x-ray fluorescence spectrometry [Masters Thesis]. Troy, NY: Rensselaer Polytechnic Inst;1985.
2.  Ptak, Thomas. The BW7756 Hepatoma: A Study of the trace element profiles during tumor

growth and development [Doctoral thesis]. Troy, NY: Rensselaer Polytechnic Inst;1987.

**NonPrint Materials**

1. Ptak, Thomas. Training in Partnership TiP-TV Videotape Series; X-Ray: Trauma Radiography [Videocassette]. Milwaukee, WI: General Electric Medical Systems;2002.Training video produced to introduce issues and procedures specific to imaging and diagnosis in the emergency and trauma setting. Program is directed at specifics of traumatic mechanisms and the selection of imaging protocol; Directed at an audience including physicians, technologists, nurses and administrators of emergency and radiology departments. Available to all customers of GE Medical systems and to non-customers by subscription.
2. Ptak, Thomas. Training in Partnership TiP-TV Videotape Series; Emergency Imaging: A Matter of Life and Death [Videocassette]. Milwaukee, WI: General Electric Medical Systems;2002.Training video produced to introduce issues and procedures specific to imaging and diagnosis in the emergency and trauma setting. Intended for guiding radiology departments in establishing guidelines and procedures specific to the emergency department; Directed at an audience including physicians, technologists, nurses and administrators of emergency and radiology departments. Available to all customers of GE Medical systems and to non-customers by subscription.
3. Gary Setnik G, Thomsen T, Wong D, Mambrino L, Shortsleeve M, Halamka J, Nauta R, Farrell S, Ptak T. Nasogastric Tube Workshop: [Web site]. ;2003.http://www.mah-em.org/ngt_workshop/ngt_introduction.htm, Harvard Medical School, Division of Emergency Medicine. Work commissioned by The Academy, HMS. Educational web site series for instruction on common Emergency Department procedures.
4. Ptak T, et al. DVD Teaching Program of the Massachusetts General Hospital; Superior Image Quality [DVD]. Tampa (FL): Educational Symposia;2009.This is a DVD collection comprised of a symposium containing 33 faculty.
5. PTAK, Thomas. Medical Consultant, Feature film "Mark of the Dog Rose" Credited as "Thomas Ptak, MD". Waterford, VT: Astro Piano Studios;2011.Consulted with director, script writer and producers on script material involving health or medical related portrayals. Goals were to create an accurate, believable portrayal of medical scenes. Consulting contact hours include script and story consulting in addition to on-set observation for accuracy.