# EXHIBIT 3

| Contact Date | Case |
|---|---|
| 7/20/2011 | Feinman v. Dr. L. Penacerrada, Dr. D. Cohen, Beth Isreal Med Cntr & St. Lukes-Roosevelt Hosp. |
| 1/9/2012 | McKeever |
| 3/1/2012 | LaFont v. Mary Hitchcock Hospital and Dartmouth Hitchcock Medical Center |
| 4/3/2012 | Jackson |
| 6/12/2012 | Bradford |
| 8/17/2012 | Cinquegrano |
| 8/25/2012 | Maciel |
| 10/22/2012 | C. Gilman vs. King and Varneys Garage, Inc |
| 10/3/2012 | Capua |
| 12/27/2012 | Andreocci vs. Lemmerling et als. |
| 1/9/2013 | Austgen |
| 1/17/2013 | Hewitt v. Dartmouth Hitchcock Hospital |
| 1/18/2013 | Crowell vs. Ritz Carlton |
| 2/7/2013 | Louis & Sheila Bosurgi h/w vs. Tanmaya Shah, et al. |
| 4/27/2013 | Chanonine v. Jacklyn Aguirre & Luke Bros, Inc. |
| 5/1/2013 | Melissa Badalyan, Exec. of the Estate of John W. Hopper, Sr. v. B. Collier, et al |
| 5/4/2013 | Crowell vs. Trane |
| 5/10/2013 | Melanie Wingert vs. Hershey Medical Center |
| 6/20/2013 | Malvernie Williams v. The TJX Companies |
| 8/5/2013 | Gomez v. Village of Sleepy Hollow Police Dept. |
| 8/7/2013 | Gomez v. Village of Sleepy Hollow Police Det Quinoy, Ebel, Gasker, et al |
| 10/28/2013 | Estate of Edward C Grindrod Jr vs. Heritage Village Masters Assoc. Inc. |
| 11/7/2013 | Carmilla v. Eric Landis MD, Southern NH Rad. Consult. and Elliot Hospital |
| 12/31/2013 | Houle v. CJ Campbell, M Greenston, AR Komarla, Dartmouth Hitchcock Clinic & Catholic Medical Center |
| 3/5/2014 | Sabrina Santos vs. Kevin Walsh |
| 3/17/2014 | Galloway v. Crimmins and Central Florida Medical Imaging |
| 4/9/2014 | Marcus Moore vs. Roberts Company Inc. F/K/A R&M Foods, Inc |
| 10/9/2014 | Doe, D. vs. I Doe MD (Settlement confidential) |
| 10/25/2014 | Tommy J. Pickett v. Coburn Supply Inc, et al |
| 4/6/2015 | ALBA NAZARIO-BAUTISTA and MARTIN AYALA v. Winterhaven Hospital |
| 6/2/2015 | Ortiz, M. (Estate of) vs. Winter Park Memorial Hospital, et al |

| Jurisdiction | Case # | Complaint |
|---|---|---|
| Supreme Court of the Sate of New York, County of Kings | Index No: 2323/08 | Traumatic lumbar herniation |
| Washington | | Spinal epidural abscess after trauma |
| The State of New Hampshire, Grafton Superior Court | C10285543 | Delayed diagnosis pituitary adenoma |
| Florida | | Cerebral hemorrhage |
| Washington | | Missed Breast cancer |
| Rhode Island | | Brain injury |
| Rhode Island | | Brain injury related to MS |
| Commonwealth of Massachusetts, Worcester Superior Court | WOCV2011-02066 | Traumatic cervical spine disk |
| Florida | | Missed breast cancer on US |
| New Jersey | | Intraventricular hemorrhage |
| Florida | | Nerve injury following appendectomy |
| Superior Court of NewHhampshire, Grafton County | 215-2012-CV-0103 | Death following surgery for misdiagnosed ovarian CA |
| District Court of the Virgin Islands; Division of St Thomas and St John | Civil No. 2012-15 | Head Injury TBI and DTI |
| Superior Court of New Jersey, Camden County | CAM-L-2945-13 | Missed acoustic schwannoma |
| Circuit Court, 4th Judicial District in and for Duval County Florida | 16-2012-CA-010133 | Head Injury - TBI |
| Court of common pleas of Mahoning County, Ohio - Civil Division | 2012 CV 1198 | Missed aortic laceration |
| District Court of the Virgin Islands; Division of St Thomas and St John | 3:13-CV-05 | Head Injury TBI and DTI |
| Court of common pleas, Dauphin County, Pennsylvania | 2011-CV-8877-MM | Missed traumatic lumbar fracture with nerve injury |
| Commonwealth of Massachusetts, Suffolk Superior Court | 20131568F | Injury to right shoulder after a fall |
| New York | Pre-suit | Tazer to head TBI |
| US District Court, Southern District of New York | 07 CIV.9296 (GAY) | Assault resulting head injury |
| State of CT, J.D. at Fairfield, Superior Court at Bridgeport | FBT-CV-11-6023829-S | Wrongful death due to epidural hematoma after fall |
| State of New Hampshire, Hillsborough Superior Court | 13-C-297 | Missed T3 burst fracture |
| Hillsborough, NH Superior Court, Northern District | 216-2013-CV-00525 | Missed small bowel entrapment and ischemia |
| Massachusetts | Pre-suit | Anoxic birth injury |
| Seventh Judicial Circuit Court, Volusia County, FL | 2012-31922-CICI | Wrongful death due to image mislabelling (Jackson) |
| Circuit Court, Hinds County, MS, First Judicial District | 251-08-644CIV | TBI from fall hitting head |
| Superior Court State of Washington, King County | 13-2-41089-3 KNT | Missed Pilon fx |
| Forrest County Mississippi Circuit Court | C113-0061 | Traumatic Brain Injury after Pedestrian struck |
| Tenth Judicial Circuit Court, Polk County FL | 2011-CA-004972 | Anoxia during birth |
| Ninth Judicial Circuit Court, Orange County, FL | 13-CA-11018 | Brain injury following asphyxia |

Plaintiff
Defense
Prosecution
Review

Plaintiff %
Defense %
Other %

| Expert for | Law Firm | Deposition | Court testimony |
|---|---|---|---|
| Plaintiff | Jonathan C. Reiter | No | No |
| Plaintiff | Deutscher & Deutscher | No | No |
| Plaintiff | George E. Spaneas Law | No | No |
| Plaintiff | Pappas Russel & Rawnsley | No | No |
| Plaintiff | Deutscher & Deutscher | No | No |
| Defense | Roberts, Carroll, Feldstein and Pierce, Inc. | No | No |
| Defense | Roberts, Carroll, Feldstein and Pierce, Inc. | No | No |
| Defense | Williams & Associates | Yes | No |
| Plaintiff | Pappas Russel & Rawnsley | No | No |
| Plaintiff | Martin, Kane & Kuper | No | No |
| Defense | Wicker Smith O'Hara McCoy & Ford P.A. | No | No |
| Plaintiff | Stephen R Fine Law | Yes | No |
| Defense | Ogletree, Deakins, Nash, Smoak & Stewart | Yes | Yes |
| Plaintiff | Kline & Specter | Yes | No |
| Defense | Wicker, Smith & O'Hara | No | No |
| Defense | Harrington, Hoppe & Mitchell, Ltd. | Yes | No |
| Defense | Ogletree, Deakins, Nash, Smoak & Stewart | No | No |
| Plaintiff | Schmidt & Kramer | No | No |
| Defense | Bonner, Kiernan, Trebach and Crociata | No | No |
| Defense | Miranda Sambursky Slone Sklarin Verveniot | No | No |
| Defense | Silverman and Assoc. | No | Yes |
| Plaintiff | David G. Hill & Associates | Yes | No |
| Defense | Abramson, Brown & Dugan | No | No |
| **Plaintiff** | Abramson, Brown & Dugan | No | No |
| Defense | Sloane and Walsh | No | No |
| Plaintiff | Rawnsley Law | No | No |
| Defense | Baker, Donovan, Bearman, Caldwell & Berkowitz | No | Yes |
| Plaintiff | Ben Barclay | Yes | No |
| Defense | Phelps Dunbar | No | No |
| Plaintiff | Diez-Arguelles & Tejedor | Yes | No |
| Plaintiff | Diez-Arguelles & Tejedor | Yes | No |

|  |  |
|---|---|
| # of Cases | 31 |
| # Deposed | 8 |
| # Testified | 3 |
| Deposed % | 0.26 |
| Testified % | 0.10 |

|  |  |
|---|---|
| 16 | |
| 14 | |
| 0 | |
| 0 | |
| 0.52 | |
| 0.45 | |
| 0.00 | |