# EXHIBIT 4

# EPEXEGESIS INC.

## *Thomas Ptak, MD, PhD, MPH*

South region: 1206 Virginia Court NE
Atlanta, GA 30306

North region: 46 Daisy Drive
Leominster, MA 01453

**Please direct all correspondence to south regional office unless otherwise pre-arranged.**

Preferred e-mail: tpepexegesis@gmail.com
Alternate e-mail: tomptakmd@gmail.com          Cell: (617) 584-5275

## *Schedule of Professional Expert fees and charges:*

Initial agreement and commitment retainer
(Includes initial administrative costs and first
1.5 hour admin/consultation). Due with initial records:   $1,000.00 flat

Review of, or consultation regarding opinions,
    depositions, medical or court records:   $ 400 /hr

Prepare written reports, declarations, etc:   $ 550/hr

Personal appearance for consultation:   $ 500/hr

Personal appearance for deposition:   $ 600 /hr (minimum 2 hrs.)
    For each additional hour after the first 2:   $ 900 /hr

Personal appearance for court testimony:   $ 750 /hr (minimum ½ day: 4 hrs.)

Travel compensation is billed for door to
door time, to and from appearance city and site:   $ 200 /hr (Max. 8 hr/day)

Preparation of exhibits for court (Annotated powerpoint
images, 3D printed models, 3D image renderings),
extended research of the medical literature or other
scholarly pursuits to support opinion:   $ 500 /hr

**NOTE:** Preparation of 3D models from provided images may be possible, but require additional or extended pre-processing. If interested, please ask for an estimate.

**Administrative expenses**: Expenses incurred as a result of shipping of materials (images, records, etc) via UPS, USPS or FedEx will be invoiced per occurrence. Any courier costs incurred will be billed as administrative time at the rate described below. Paper records provided will be transferred to PDF for storage. Physical files will be returned or securely disposed of at case conclusion or upon clients request. Images can be prepared for presentation in any format, although DICOM is preferred. Time required for administration of images or records (courier to physically retrieve or ship image files, transcoding if needed, logging, inventory, and PACS upload and download of images) will be

# EPEXEGESIS INC.

charged at a rate of $100/hr. Scan, edit and QC of paper files to PDF occur at approximately a rate of 1 page/min.

**Travel:** Expenses incurred as a result of travel (e.g. airfare, car rental, hotel, parking, tolls, etc.) to or from a personal appearance either for case conference, deposition, courtroom testimony or any appearance necessary is by the client's specific request. Travel to and from local deposition or courtroom testimony by my personal vehicle will be charged at $2.00 per mile in addition to hourly travel compensation.

**Retainer:** An advance retainer of $1,000 is requested upon acceptance of a case as noted above. The retainer will cover all initial costs incurred in establishing a file and archiving materials onto the PACS and secure archive. The retainer will also cover the first 1.5 hours of medical record review, to include records and films sufficient to evaluate the basis for the case. A telephone conference to discuss details will be undertaken upon initial review and may be covered by the retainer as the record and image volume permits.

**Billing:** A detailed, itemized invoice will be provided at the conclusion of a case, on about the first week of December at calendar year end if the case is prolonged or periodically if charges are sufficient to warrant billing. Invoices may be periodically requested or regularly scheduled billing may be arranged by specific client request. All time estimates are rounded to the nearest quarter hour (15 min). Payment is due within 30 days of invoice. Payments beyond 30 days of the invoice date will be charged a 1.5% per month late fee on the remaining balance.

**Case conclusion:** At the conclusion of a case, a final invoice will be generated and sent to the contact on file. A $200 one time case closure fee will be applied and will cover any shredding or other proper destruction of records provided and secure archiving of all materials, to be held for one year in the event of reactivation or appeal. Any materials requested for return to the client will incur charges related to any shipping and courier service as outlined in the previous **Administrative expenses** section.

**Cancellations:** The advanced retainer is non-refundable in case of a cancellation. Cancellations for personal appearances require one-week (7 day) minimum notification prior to the appearance date. A minimum of two hours appearance fee will be charged and any required travel arrangements that have been confirmed and cannot be cancelled without penalty will require reimbursement (in addition to the retainer fee) to mitigate any penalty incurred.

*Please remit payment to:* ***Epexegesis Inc.*** *c/o south region address at top of page:*
*Tax ID #56-2312652 – DUNS #19-210-3872*

***Thank you for your interest and for using our services.***
***We look forward to serving you!***