# EXHIBIT "A"

# Deposition of Daniel Lockhart Turner

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION
 3
 4   DANIEL LOCKHART TURNER,    )
                                )
 5         Plaintiff,           )
                                )
 6      vs.                     )  CIVIL ACTION FILE
                                )  NO. 1:16-CV-00364
 7   CASEY BROWN TRUCKING,      )
     LLC, JOHN DOE MOTOR        )
 8   CARRIERS 1 - 3,            )
     NATIONAL CASUALTY          )
 9   COMPANY, JOHN DOE          )
     INSURANCE COMPANIES 1      )
10   and 2, and BARREN BOBO,    )
                                )
11         Defendants.          )
                                )
12
13
14
15
                   VIDEOTAPED DEPOSITION OF
16
                     DANIEL LOCKHART TURNER
17
                       September 16, 2016
18
                          10:14 a.m.
19
20              191 Peachtree Street, N.E.
                         Suite 4200
21                    Atlanta, Georgia
22
                 Lamarra George, CCR-2582
23
24
25   Job No. CS2376007
```

```
                                              Page 69
 1    know, because it was, an explanation to why I had
 2    been having issues.
 3         Q     And who was on this panel?
 4         A     I honestly -- I don't remember.
 5         Q     Was Chief Vidal one of the people on the
 6    panel?
 7         A     No, he was not.  He was not actually
 8    involved in A School.  He worked down the hall.  But
 9    I would see him from time to time and passing by.
10    And he obviously worked closely with the instructor,
11    so we would come and talk to the class.
12               And Mario knew him from a previous unit,
13    so obviously I was able to, you know, kind of engage
14    in conversation because Mario knew him.  So that's
15    kind of how I got to know Chief Vidal a little bit
16    better.
17         Q     All right.  So you told this panel that
18    you were having difficulty concentrating and having
19    memory problems as a result of the -- the accident
20    that we're here about today?
21         A     Correct.
22         Q     When you repeated or started over with A
23    School, did you have to take all those same two,
24    three tests a week?
25         A     Yes.
```

```
                                              Page 90
 1   charge my phone and the alarm didn't go off.  And I
 2   got into a little bit of trouble, but, you know, it's
 3   -- there's kind of no rhyme or reason to why and when
 4   I forget certain things, and other things, I'm okay
 5   with.
 6          Q     Are there other people who do the same job
 7   that you do, --
 8          A     Yes.
 9          Q     -- reviewing the manuals?
10          A     Oh, with the -- the manuals?
11          Q     Yes.
12          A     I'm the -- the primary person.
13          Q     Okay.
14          A     We have -- we split the work amongst
15   ourselves, but within, like, our facilities and
16   container shop, we kind of have people that do more
17   of one thing.  So, I go out on container inspections
18   just like they do, but they handle the majority of
19   kind of the incoming/outgoing paperwork.  I do more
20   of the facilities side, scheduling inspections,
21   manuals.  So we all share the load, but I am more
22   primarily focused on facilities than containers.
23          Q     Okay.  Got you.  And you said something
24   about, a minute ago, and we skipped over it, I
25   skipped over it.  Something about get -- getting
```

1  kicked out of an apartment or losing an apartment.
2  Did I understand you correctly?
3       A    Department.
4       Q    Department. Sorry. Okay. Explain that
5  to me.
6       A    So basically, whenever I showed up to
7  Savannah, I was put into the port state department,
8  which is, like I said, primarily inspecting vessels.
9  That's the specialty. And the -- the workload there
10 was just very hard to keep up with, as you have --
11 Savannah's like the number five, if I had to guess,
12 busiest port in the United States. So the amount of
13 vessels coming and going, every single one of them,
14 not necessarily has to be inspected, but they have to
15 be viewed and you have to go over it and look at it.
16 Is it going to be inspected? When was the last time,
17 have all their documents? So, you know, having had
18 the accident and then knowing that I had trouble in
19 school, the A School, and then -- and then coming
20 there, it was similar to A School where it was just
21 overload of information. And then, you know, I'm the
22 new guy, and I didn't want to be constantly asking
23 for above and beyond help for everything and be that
24 new guy that everybody's like, Man, this guy can't
25 hack it. So I tried my best to do it on my own, but

Veritext Legal Solutions
800-567-8658                                              973-410-4040

```
                                              Page 92
 1    it eventually got to the point to where --
 2              And I'll never forget, this is another
 3    standout moment where there was a warrant officer who
 4    brought me into the, like, officer's room in front of
 5    the department.  And she stood me up in front of
 6    everybody and said, It's my decision, Mr. Turner's
 7    not good enough.  He's not smart enough.  And he is
 8    just not on our caliber.  And so I'm going to move
 9    him over into the containers facilities to where, you
10    know, he can do much less strenuous and he doesn't
11    have to have as much workload and he doesn't have to
12    worry about, you know, all these big important tasks.
13              And that was a pretty standout moment for
14    me, because being in A School, going from I was the
15    class leader and I was doing great, and, you know, I
16    was struggling, but I was making it.  And then to
17    stand up in front of a panel of people that tell me
18    that we don't know if you should be here, prove to me
19    why you should be here, why are you good enough,
20    smart enough.  And then months later, to be stood up
21    in front of a bunch of people and be told, you're not
22    good enough, smart enough, you're not on our level,
23    it's very emotionally draining and demeaning for --
24    Oh, God.  I'm trying to hold it together -- for
25    somebody to tell you that you're not good enough,
```

1  because I've never had that before.  I'm sorry.
2      Q    Do you want to take a break?
3      A    Yeah.  Yeah.
4           VIDEOGRAPHER:  The time is
5      approximately 12:45 p.m.  We're going off
6      the video record.
7           (Recess was taken.)
8           VIDEOGRAPHER:  The time is
9      approximately 12:48 p.m.  We are now back
10     on video record.
11     Q    (By Mr. Bardack)  All right.  Mr. Turner,
12 when you had to get up in front of this group in
13 Savannah, who was the -- I think you said it was a
14 warrant officer who said all this stuff about you not
15 being good enough?
16     A    (Witness nods head.)
17     Q    Who was that warrant -- is that a yes?
18     A    Yes.
19     Q    Who was that warrant officer?
20     A    Her name was Chief Warrant Officer Eddy.
21          MR. NIX:  Spell that last name.
22          THE WITNESS:  E-d-d-y.
23          MR. NIX:  Thank you.
24     Q    (By Mr. Bardack)  And who else was on that
25 panel?