**EXHIBIT "B"**

**March 20, 2017 Letter From US Coast Guard**

U.S. Department of
Homeland Security

United States
Coast Guard

Commander
Seventh District

909 SE 1st Avenue
Miami, FL 33131
Staff Symbol: dl
Phone: (305) 415-6950
Fax: (305) 415-6960

5800
MAR 2 0 2017

Freeman Mathis & Gary, LLC
Attn: Marc H. Bardack, Esq.
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948

Dear Mr. Bardack:

This letter is in response to your letter dated December 20, 2016, which requests to depose eleven (11) individuals, ten (10) of which are active duty U.S. Coast Guard members in the matter of *Daniel Lockhart Turner v. Casey Brown Trucking, LLC, et al.,* Civil Case Number 1:16-CV-00364, U.S. District Court, Northern District of Georgia.

I appreciate your compliance with the Department of Homeland Security's *Touhy* regulations, found at 6 C.F.R. Part 5, Subpart C, in crafting your request. *See, United States ex. Rel. Touhy v. Ragen, 340 U.S. 462 (1951).*

After considering the factors outlined in 6 C.F.R. Part 5, Subpart C, and the points offered in your letter, I do not find sufficient justification to authorize the depositions of MST1 Clifton Hendry, MSTC Clayton Rennie, MST2 Kyle Bertocchi, MST3 Matthew Seel, MST3 David Britt, LCDR James Fenno, LT Christopher McElvaine, Chief Warrant Officer Vivian Eddy, MSTC Monica Vidal, MK2 John DiLorenzo in this matter. Therefore, your request for their testimony is denied.

In consideration of your request, I have determined that granting depositions of the above named U.S. Coast Guard members would interfere with their operational duties; that the case is one of private litigation and not in the public interest; that the request would require spending official government time in furtherance of private litigation; and that no government interest is implicated in this matter.

For the reasons stated above and after careful consideration of the factors outlined in 6 C.F.R. Part 5, Subpart C, your request is denied. Lieutenant Commander Frances Johnson-Gillion is my point of contact for this request. She may be reached at (305) 415-6950 if you have any further questions in this matter.

Sincerely,

M. A. CINTRON
Commander, U.S. Coast Guard
Acting Staff Judge Advocate