UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIEL LOCKHART TURNER,<br><br>　　Plaintiff,<br><br>v.<br><br>CASEY BROWN TRUCKING, LLC,<br>JOHN DOE MOTOR CARRIERS, 1-3, NATIONAL CASUALTY COMPANY, JOHN DOE INSURANCE COMPANIES 1-2, and DARRIN BOBO<br><br>　　Defendants. | CIVIL ACTION<br>FILE NO. 1:16-cv-0364 |

## **NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF**

Plaintiff Daniel Lockhart Turner is currently represented by Morgan & Morgan Atlanta. PLLC, including Keenan R.S. Nix and Christopher J. Graddock.

This Notice will inform the Court, Clerk and parties that the Darren Summerville of The Summerville Firm, LLC, authorized to practice in this Court, joins the litigation as co-counsel for Turner. Please direct all Orders, filings, or other papers to:

Darren Summerville
darren@summervillefirm.com
Georgia Bar No. 691978

The Summerville Firm, LLC
400 Colony Square, Suite 2000
1201 Peachtree Street NE
Atlanta, GA 30361
T: (770) 635-0030
F: (770) 635-0029

Respectfully submitted, this 29th day of June, 2017.

/s/ Darren Summerville
Darren Summerville
darren@summervillefirm.com
Georgia Bar No. 691978

The Summerville Firm, LLC
400 Colony Square, Suite 2000
1201 Peachtree Street NE
Atlanta, GA 30361
T:	(770) 635-0030
F: (770) 635-0029

*Co-Counsel for Plaintiff*

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Counsel certifies that the forgoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(d)

This 29th day of June, 2017.

/s/ Darren Summerville
Darren Summerville
darren@summervillefirm.com
Georgia Bar No. 691978

The Summerville Firm, LLC
400 Colony Square, Suite 2000
1201 Peachtree Street NE
Atlanta, GA 30361
T:     (770) 635-0030
F: (770) 635-0029

*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I have served each of the parties listed below with a copy of this document by filing it with this Court via the CM/ECF system, which will automatically provide a copy to the following attorneys of record:

>Marc H. Bardack, Esq.
>mbardack@fmglaw.com
>Parker McCall Green, Esq.
>pgreen@fmglaw.com
>Freeman. Mathis & Gary, LLP
>100 Galleria Parkway
>Suite 1600
>Atlanta, GA 30339-5948
>
>*Counsel for Casey Brown Trucking, LLC, National Casualty Company, & Darrin Bobo*

/s/ Darren Summerville
Darren Summerville
darren@summervillefirm.com
Georgia Bar No. 691978

The Summerville Firm, LLC
400 Colony Square, Suite 2000
1201 Peachtree Street NE
Atlanta, GA 30361
T:     (770) 635-0030
F: (770) 635-0029

*Co-Counsel for Plaintiff*